```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE GUAJARDO, <br> Petitioner, <br> v. <br> P. D. BRAZETON, Warden, <br> Respondent. | Case No. CV 12-06207 JFW (AN) <br><br> ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (erroneously titled "Traverse") [27]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

IT IS ORDERED that:

1. The Objections, to the extent they reiterate arguments made in the Petition, are overruled for the reasons set forth in the R&R. The Objections are also overruled to the extent they make perfunctory references to additional claims without any specific facts. *See Blackledge v. Allison*, 431 U.S. 63, 74, 76 n.7, 97 S. Ct. 1621 (1977) ("[C]onclusory allegations unsupported by specifics [are] subject to summary dismissal, as are contentions that in the face of the record are wholly incredible," and

a federal habeas petition "is expected to state facts that point to a real possibility of constitutional error") (internal quotation marks omitted).

    2.    The Court accepts the findings and recommendation of the R&R.

    3.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    4.    All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 6, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE