ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY　ᵇʰʸ　　　　　　　DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY　ˢᵐʸ　　　　　　　DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE GUAJARDO,<br>　　　　Petitioner,<br>　　v.<br>P. D. BRAZETON, Warden,<br>　　　　Respondent. | Case No.  CV 12-06207 JFW (AN)<br><br>JUDGMENT |

　　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.


Dated: June 6, 2013

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE